IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
J & J SPORTS PRODUCTIONS, INC.,    *
                                   *
     Plaintiff,                    *
                                   *
     v.                            *    CV 118-057
                                   *
ALTER EGO'Z SPORTS BAR &           *
GRILL, INC. and KEION S.           *
TAYLOR,                            *
                                   *
     Defendants.                   *
```

**O R D E R**

Before the Court is Plaintiff's notice of settlement and request to administratively close this matter until all settlement proceeds are collected. (Doc. 19.) According to Plaintiff, the final settlement payment is to be made on August 5, 2020, and, thereafter, Plaintiff will file a joint stipulation of dismissal. The Court directs the Clerk to **ADMINISTRATIVELY CLOSE** this matter for all purposes of statistical reporting.[1] All proceedings herein are **STAYED** until the stipulation of dismissal is filed.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of December, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Administratively closing the case does not prejudice the rights of the Parties. It is a docket control device used by the Court for statistical purposes.