IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
J & J SPORTS PRODUCTIONS, INC.,   *
                                  *
     Plaintiff,                   *
                                  *
     v.                           *
                                  *   CV 118-057
ALTER EGO'Z SPORTS BAR & GRILL,   *
INC. and KEION S. TAYLOR,         *
                                  *
     Defendants.                  *
```

## ORDER

Before the Court is the Parties' joint stipulation of dismissal with prejudice. (Doc. 21.) All Parties signed the stipulation; thus, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the case be **DISMISSED WITH PREJUDICE**. The case remains **CLOSED**.

**ORDER ENTERED** at Augusta, Georgia, this 15th day of March, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA